UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

          MISC. NO. 08-mc-50895

-vs-

          HON. SEAN F. COX
DOUGLAS A. TROSZAK, PRESIDENT,   United States District Judge
DOUGLAS A. TROSZAK, P.C.,
d/ba/ TROSZAK CPA GROUP,

        Respondent.
_____/

## ORDER

This matter having come before the Court on April 14, 2009, pursuant to this Court's Order to Show Cause [Doc. No. 10] dated March 3, 2009, which order was served upon respondent, Douglas A. Troszak, President, Douglas A. Troszak, P.C., d/b/a Troszak CPA Group, by mailing a copy by regular and certified mail on March 4, 2009, the Court being aware of the recent opinion by the Sixth Circuit affirming this Court's order [*See* Sixth Circuit's July 31, 2009 Order, Doc. No. 17], and the Court being fully advised in the premises;

**IT IS ORDERED** that the respondent, Douglas A. Troszak, President, Douglas A. Troszak, P.C., d/b/a Troszak CPA Group, appear before Revenue Officer Michael Bryant or his designated representative **at 10:00 a.m. on September 23, 2009**, at 1270 Pontiac Road, Pontiac, Michigan, then and there to comply with this Court's Order and Judgment dated December 2, 2008, by providing to Revenue Officer Michael Bryant Collection Information Statements Forms 433A and 433B, completed with attached documentation, which shall contain respondent's current financial information which relates to the collection of the respondent's tax liabilities for taxable periods

1

ended: June 30, 2002, March 31, 2003, June 30, 2003, September 30, 2003, December 31, 2003, March 31, 2004 June 30, 2004, September 30, 2004, December 31, 2004, March 31, 2005, June 30, 2005, and September 30, 2005.

**IT IS FURTHER ORDERED** that if the respondent, Douglas A. Troszak, President, Douglas A. Troszak, P.C., d/b/a Troszak CPA Group, does not fully comply with the Order and Judgment as ordered by this Court, a bench warrant shall issue for the arrest by the United States Marshal of respondent, Douglas A. Troszak, President, Douglas A. Troszak, P.C., d/b/a Troszak CPA Group, presently residing at 1210 Oxford Road, Bloomfield, Michigan, to be brought before this Court and to remain in custody until such time as he fully complies with this Court's Order and Judgment dated December 2, 2008.

**IT IS SO ORDERED**.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  August 25, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 25, 2009, by electronic and/or ordinary mail.

S/J. Hernandez
Case Manager